*In re* CURRY'S WILL.

*In re* DELANEY.

*(Supreme Court, General Term, First Department.   June 29, 1892.)*

EXECUTORS—PERSONAL LIABILITY FOR COSTS.

Where an executor refuses to pay out of the estate certain costs directed by the decree admitting the will to probate, and a motion is made to compel him to do so, the costs of the motion may be charged against him personally.

Appeal from surrogate's court, New York county.

In the matter of proving the last will and testament of Rose Ann Curry, deceased, as a will of personal property.   From an order directing the executor, Arthur J. Delaney, to pay certain costs, Delaney appeals.   Affirmed.

Argued before VAN BRUNT, P. J., and O'BRIEN and PATTERSON, JJ.

*Arthur J. Delaney,* for appellant.   *Robert W. Gilbert,* for respondent.

PER CURIAM.   The decree admitting the will to probate in this proceeding directed the executor to pay a certain sum for costs out of the estate.   The executor having refused to pay said costs, a motion was made to compel him to pay the same and $10 costs of motion, which costs of motion were to be charged against him personally; and this motion was granted by the surrogate, directing the executor to pay these costs out of the estate and the $10 personally.   There was no direction made by the surrogate that any part of the original costs mentioned in the decree should be paid by the executor personally, the $10 costs being all that were charged against him personally, as is plain by a reading of the order.   The order, therefore, should be affirmed, with $10 costs and disbursements.